**Order entered August 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00098-CR

**JOSEPH WALLACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-24982-R**

## ORDER

The Court **REINSTATES** the appeal.

On June 19, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by Ronald Goranson; (3) Mr. Goranson had not received notices from this Court regarding the appeal because they were being sent to the trial attorney; and (4) Mr. Goranson has appellant's brief prepared and ready to file.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Ronald Goranson and the Dallas County District Attorney's Office.

/s/     DAVID EVANS
        JUSTICE